**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terry Lincoln, an individual, ) | CIV-09-2387-PHX-MHB |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Arizona Department of Public Safety, and ) Gila County Sheriff's Office, ) | |
| Defendants. ) | |

The Court having been notified that Plaintiff and Defendant Gila County Sheriff's Office have reached a settlement in this matter (Doc. 77),

**IT IS ORDERED** that Defendants Gila County, Gila County Sheriff's Office, and Gila County Narcotics Task Force be dismissed from this matter by the Clerk of the Court without further notice thirty (30) days from the date of this Order, unless prior thereto a judgment or order of dismissal is entered or a request for reinstatement on the Court's trial calendar is filed herein;

**IT IS FURTHER ORDERED** that Gila County Sheriff's Office's Motion to Dismiss (Doc. 56) is **DENIED** as moot, but with leave to refile should the parties submit a request for reinstatement on the Court's trial calendar.

DATED this 21st day of September, 2010.

*Michelle H. Burns*
Michelle H. Burns
United States Magistrate Judge